```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751

 5

 6

 7
                     IN THE UNITED STATES DISTRICT COURT
 8
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10  UNITED STATES OF AMERICA,    ) Case No. 2:11-mj-00314 KJN
                                 )
11          Plaintiff,           ) GOVERNMENT'S MOTION TO DISMISS THE
                                 )     CRIMINAL COMPLAINT AGAINST
12     v.                        )     DEFENDANT DIKES AND ORDER
                                 )
13  RICHARD RAYMOND KLEIN, and   )
    JASON WAYNE DIKES,           )
14                               )
            Defendants.          )
15                               )
                                 )
16                               )
                                 )
17

18      The United States of America, through its attorney of record,

19  Assistant U.S. Attorney Jason Hitt, hereby moves for an order

20  dismissing the Criminal Complaint against defendant Jason Wayne DIKES

21  (only) in Case No. 2:11-mj-00314 KJN pursuant to Federal Rule of

22  Criminal Procedure 48(a).  The Criminal Complaint against DIKES and

23  his co-defendant was filed on October 7, 2011.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                                    1
```

The government brings this motion in the interests of justice because additional investigation of defendant DIKES is needed as a result of evidence developed after the filing of this Criminal Complaint. Specifically, the United States is submitting evidence seized in this case for extensive forensic examination and will evaluate whether to pursue criminal charges against defendant DIKES after that examination is complete. Accordingly, the undersigned respectfully moves to dismiss the Criminal Complaint as to defendant Jason Wayne DIKES in Case No. 2:11-mj-00314 KJN in the interests of justice pursuant to Rule 48(a).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: October 11, 2011    By: /s/Jason Hitt
                           JASON HITT
                           Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the motion to dismiss the Criminal Complaint filed by the United States, **IT IS HEREBY ORDERED** that:

1. The Criminal Complaint against Jason Wayne DIKES in Case No. 2:11-mj-00314 KJN is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

Dated: October 11, 2011

/s/ Carolyn K. Delaney
United States Magistrate Judge