UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-mj-0314 KJN |
| Plaintiff, | ) | |
| v. | ) | |
| Richard Raymond KLEIN, | ) | |
| Defendant. | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus:

(X) Ad Prosequendum () Ad Testificandum

Name of Detainee: **Richard Raymond KLEIN**
Detained at (custodian): Solano County Jail
500 Union Avenue
Fairfield, California 94533

Detainee is:
a.) () charged in this district by: () Indictment () Information (X) Complaint
charging detainee with: felon in possession of a firearm
or b.) () a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) () return to the custody of detaining facility upon termination of proceedings
or b.) (X) be retained in federal custody until final disposition of federal charges.

*Appearance is necessary in the Eastern District of California to face prosecution on a firearm possession charge in Case No. 2:11-mj-0314 KJN.*

Signature: /s/ Jason Hitt
Printed Name & Phone No: Jason Hitt 916-554-2751
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service or the FBI (the investigative agency on this case) for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: October 17, 2011

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
United States Magistrate Judge

---

Detainee: **Richard Raymond KLEIN** X Male ___ Female
Detained at (custodian): Solano County Jail
Facility Address: 500 Union Avenue
Fairfield, California 94533
Facility Phone: (707) 421-7100

---

**RETURN OF SERVICE**

Executed on _____ By: _____